UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 20-17117 |
| STEPHEN MADISON ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Janet S. Baer | |
| ) | | |
| ) | DuPage | |
| Debtor(s) ) | | |

## ORDER EXTENDING THE AUTOMATIC STAY

THIS MATTER coming to be heard on motion of the Debtor to extend the automatic stay, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and with due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED THAT:

The automatic stay is extended as to all creditors pursuant to § 362(c)(3), pending further order of the Court.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 02, 2020

**Prepared by:**

David M. Siegel
ARDC 6207611
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100